UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 21-80830 |
| Britz, Sharon Kaye ) | Chapter 7 |
| ) | |
| Debtor. ) | |

### TRUSTEE'S RESPONSE AND OBJECTION TO MOTION OF NATIONSTAR MORTGAGE LLC FOR RELIEF AND ABANDONMENT

COMES NOW Charles Greenough, Chapter 7 Trustee herein, and for his response and objection to the Motion filed by Nationstar Mortgage LLC ("Movant") on December 8, 2021, [Doc. # 6] seeking relief from the automatic stay and abandonment with respect to certain real property with a street address of 709 Beth Lane, Ridgecrest, CA 93555, and a legal description of Lot 10 of Tract 4941, Unit C, in the City of Ridgecrest, County of Kern, State of California, as shown on map filed in Book 35, Pages 185 and 186 of Maps, in the office of the County Recorder of said County (the "Motion") states as follows:

1. Based on the information currently available to him, the Trustee believes that the value of the property covered by the Motion may exceed the debt owed to Movant and other secured creditors.

2. The Trustee respectfully requests that the Motion be denied without prejudice to allow the Trustee to complete his evaluation and determine whether there is sufficient equity in the property which is the subject of the motion to justify administration.

WHEREFORE, Charles Greenough, Chapter 7 Trustee, respectfully requests that the Court deny the Motion without prejudice.

    *s/ Charles Greenough*
Charles Greenough, OBA #12311
MCAFEE & TAFT A PROFESSIONAL CORPORATION
2 W. 2nd St., Suite 1100
Tulsa, OK 74103
Phone: (918) 587-0000
Fax:  (918) 599-9317
charles.greenough@mcafeetaft.com

## CERTIFICATE OF SERVICE

I do hereby certify that on December 17, 2021, a true and correct copy of the above and foregoing was served upon the following by the Court's ECF system.

Kirk J. Cejda #12241
Carolyn K. Hebert #15944
Lyna L. Mitchell #30177
770 NE 63rd St.
Oklahoma City, OK 73105-6431
logsecf@logs.com

    *s/ Charles Greenough*
Charles Greenough